UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

LARRY REAGAN,            )
                         )
        Petitioner,      )
                         )
    vs.                  )    No. 4:08-CV-00220 (CEJ)
                         )
DEAN MINOR,              )
                         )
        Respondent.      )

## MEMORANDUM AND ORDER

On February 12, 2008, petitioner filed a petition for habeas corpus relief, pursuant to 28 U.S.C. § 2254. Petitioner was convicted of second degree assault and armed criminal action, and was sentenced by the Montgomery County Circuit Court on October 17, 1996.

In a memorandum and order dated April 4, 2008, the Court concluded that the petition appeared to be time-barred under 28 U.S.C. § 2244(d)(1), as amended by Section 101 of the Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214 (enacted on April 24, 1996). Under those provisions, there is a one-year limitations period on petitions for writs of habeas corpus. The Court ordered petitioner to show cause within thirty days why his petition for a writ of habeas corpus should not be dismissed as time-barred. The Court also warned petitioner that his failure to file a response would result in the denial of habeas corpus relief and the dismissal of the action. To date, petitioner

has not filed a response to the order to show cause.

Accordingly,

**IT IS HEREBY ORDERED** that the petition of Larry Reagan for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **denied**.

**IT IS FURTHER ORDERED** that petitioner's motion for appointment of counsel [# 6] is **denied as moot.**

**IT IS FURTHER ORDERED** that respondent's motions for an extension of time in which to file a response to the petition [# 7, # 8]] are **denied as moot.**

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 4th day of August, 2008.